IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| NAPOLEON HAIRE, JR. #250183, | * * * | |
| Plaintiff, | * | |
| v. | * * * | No. 4:22-cv-00750-JJV |
| JASMAINE KNIGHT, Deputy, Pulaski County Regional Detention Facility, | * * * * | |
| Defendant. | * | |

**MEMORANDUM AND ORDER**

**I.      INTRODUCTION**

Napoleon Haire, Jr. ("Plaintiff") has filed this *pro se* action alleging Defendant Deputy Jasmaine Knight violated his constitutional rights, as protected by 42 U.S.C. § 1983, by retaliating against him for filing a grievance against her. (Doc. 5.) The parties have consented to proceed before a United States Magistrate Judge. (Doc. 14.)

On July 21, 2023, Defendant filed a Motion to Compel stating Plaintiff had not responded to her June 6, 2023 discovery requests or her July 11, 2023 letter attempting to resolve the matter in good faith. (Doc. 44.) On August 1, 2023, I granted the Motion to Compel, ordered Plaintiff to respond to the discovery requests within twenty-one (21) days, and cautioned him I would entertain a Motion to Dismiss if he failed to timely comply with my instructions. (Doc. 48.)

On August 28, 2023, Defendant filed a Motion to Dismiss declaring Plaintiff has not complied with my discovery Order within the allotted time and requesting this action be dismissed without prejudice. (Doc. 51.) Plaintiff has not responded to the Motion to Dismiss or complied with my discovery order. Accordingly, I find good cause for granting the Motion pursuant to

1

Fed. R. Civ. P. 37(b)(2)(A)(v) and 41(b).

## II. CONCLUSION

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion to Dismiss (Doc. 51) is GRANTED, the Amended Complaint (Doc. 5) is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

2. Defendant's Motion to Deem Admitted (Doc. 46) is DENIED as moot.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Memorandum and Order would not be taken in good faith.

DATED this 18th day of September 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE